United States Bankruptcy Court

Middle District of Florida

In re:  
David Patrick Hudock  
Rose Susan Hudock  
    Debtor(s)

Case No. 20-06204-MGW  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-8      User: glaura      Page 1 of 3  
Date Rcvd: Nov 20, 2020      Form ID: B318      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David Patrick Hudock, Rose Susan Hudock, 3243 Ashmonte Dr., Land O Lakes, FL 34638-7734 |
| 29118181 | + | AmeriHome Mortgage, 1 Baxter Way, Suite 300, Thousand Oaks, CA 91362-3888 |
| 29118189 | + | Coastal Federal C U, Attn: Bankruptcy, Po Box 58429, Raleigh, NC 27658-8429 |
| 29118192 | + | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709-6172 |
| 29118194 | + | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 29118204 | + | Tdrcs/Cub Cadet, Attn: Bankruptcy, 70 Gray Rd, Falmouth, ME 04105-2019 |
| 29118207 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BSLMEININGER.COM | Nov 21 2020 02:58:00 | Stephen L Meininger, 707 North Franklin Street, Suite 850, Tampa, FL 33602-4400 |
| 29118180 | | EDI: HNDA.COM | Nov 21 2020 02:58:00 | American Honda Finance, Attn: National Bankruptcy Center, Po Box 166469, Irving, TX 75016 |
| 29118179 | + | EDI: GMACFS.COM | Nov 21 2020 02:58:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 29118185 | | Email/Text: bankruptcy@bbandt.com | Nov 20 2020 22:09:00 | Bb&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 29118183 | + | EDI: BANKAMER.COM | Nov 21 2020 02:58:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 29118182 | + | EDI: BANKAMER.COM | Nov 21 2020 02:58:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 29118184 | + | EDI: AQUAFINANCE.COM | Nov 21 2020 02:58:00 | Bay Finance, Attn: Bankruptcy, Po Box 844, Wausau, WI 54402-0844 |
| 29118186 | + | EDI: CAPITALONE.COM | Nov 21 2020 02:58:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 29118187 | + | EDI: CITICORP.COM | Nov 21 2020 02:58:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 29118188 | + | EDI: CITICORP.COM | Nov 21 2020 02:58:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 29118190 | + | EDI: WFNNB.COM | Nov 21 2020 02:58:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 29118191 | + | EDI: DISCOVER.COM | Nov 21 2020 02:58:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 29118193 | + | Email/Text: bankruptcies@ffbf.com | | |

| District/off: 113A-8 | User: glaura | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2020 | Form ID: B318 | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 20 2020 22:09:00 | Ffs Bk Fl, 4705 W Us Highway 90, Lake City, FL 32055-4884 |
| 29118195 | + | Email/Text: bankruptcy@huntington.com | Nov 20 2020 22:10:00 | Huntington Bank, Attn: Bankruptcy, Po Box 89424, Cleveland, OH 44101-6424 |
| 29118196 | + | Email/Text: bankruptcy@huntington.com | Nov 20 2020 22:10:00 | Huntington Natl Bk, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 29118197 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 20 2020 22:09:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 29118198 | + | Email/Text: angela.abreu@northwest.com | Nov 20 2020 22:09:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 29118200 | + | EDI: RMSC.COM | Nov 21 2020 02:58:00 | Syncb/Kanes Furniture, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 29118201 | + | EDI: RMSC.COM | Nov 21 2020 02:58:00 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 29118199 | + | EDI: RMSC.COM | Nov 21 2020 02:58:00 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 29118202 | + | EDI: RMSC.COM | Nov 21 2020 02:58:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 29118203 | + | EDI: RMSC.COM | Nov 21 2020 02:58:00 | Synchrony Bank/Select Comfort, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 29118205 | | EDI: TFSR.COM | Nov 21 2020 02:58:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 29118206 | + | EDI: WFFC.COM | Nov 21 2020 02:58:00 | Wells Fargo Bank NA, Mac F8234f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 29118208 | + | EDI: WFFC.COM | Nov 21 2020 02:58:00 | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AmeriHome Mortgage Company LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 22, 2020           Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed

District/off: 113A-8                       User: glaura                        Page 3 of 3
Date Rcvd: Nov 20, 2020                    Form ID: B318                       Total Noticed: 32

**below:**

| **Name** | **Email Address** |
| --- | --- |
| Alan D Borden | on behalf of Debtor David Patrick Hudock data@1800debtrelief.com r48456@notify.bestcase.com;1663805420@filings.docketbird.com |
| Alan D Borden | on behalf of Joint Debtor Rose Susan Hudock data@1800debtrelief.com r48456@notify.bestcase.com;1663805420@filings.docketbird.com |
| Frederic J DiSpigna | on behalf of Creditor AmeriHome Mortgage Company LLC fdispigna@mlg-defaultlaw.com mlgfl-bk@mlg-defaultlaw.com;ecf@mlg-defaultlaw.com;MLGBK@ecf.courtdrive.com |
| Stephen L Meininger | SLMeininger@earthlink.net  smeininger@ecf.epiqsystems.com;FL38@ecfcbis.com |
| United States Trustee - TPA7/13 | USTPRegion21.TP.ECF@USDOJ.GOV |

TOTAL: 5

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **David Patrick Hudock** | Social Security number or ITIN   **xxx–xx–5554** |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Rose Susan Hudock** | Social Security number or ITIN   **xxx–xx–1852** |
| | First Name   Middle Name   Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Middle District of Florida** | | |
| Case number:   **8:20–bk–06204–MGW** | | |

# Order of Discharge                                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

    David Patrick Hudock                                          Rose Susan Hudock

\-

Dated: November 20, 2020                  Michael G. Williamson
                                                      United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**